PAUL J. SALVATORE, PLAINTIFF-RESPONDENT, v. HARRY W. TRACE AND ETHEL Z. TRACE, DEFENDANTS-APPELLANTS.

Argued February 17, 1970—Decided March 2, 1970.

*Mr. James J. Casby, Jr.* argued the cause for appellant.

*Mr. Edward J. Brady* argued the cause for respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the majority opinion of Judge Carton in the Appellate Division, 109 *N. J. Super.* 83.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.